# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1898

_____

Lamont Williamson

*Plaintiff - Appellant*

v.

Corizon, Inc.; Ian Wallace

*Defendants*

Mina Massey

*Defendant - Appellee*

Dana Degen; John Doe, Nurse; Jane Doe, Nurse

*Defendants*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: January 8, 2020
Filed: January 14, 2020
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Missouri inmate Lamont Williamson appeals the district court's[1] adverse grant of summary judgment on his deliberate indifference claim against Dr. Mina Massey. Viewing the record in a light most favorable to Williamson, and drawing all reasonable inferences in his favor, this court concludes that the grant of summary judgment was warranted. See Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (de novo review). Specifically, this court agrees with the district court that even assuming Williamson's nasal problems, including nosebleeds, qualified as objectively serious medical needs, the record did not establish that Dr. Massey was deliberately indifferent to those needs. See Allard v. Baldwin, 779 F.3d 768, 771-72 (8th Cir. 2015) (to prevail on deliberate indifference claim, inmate must show mental state similar to criminal negligence: defendant disregarded known risk to inmate's health); Fourte v. Faulkner Cty., Ark., 746 F.3d 384, 389 (8th Cir. 2014) (showing that another doctor might have ordered different treatment or tests did not equate to showing deliberate indifference, as physicians are entitled to exercise their own medical judgment). The judgment is affirmed. See 8th Cir. R. 47B.

————————————————

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

-2-